```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 6 2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
                                      :
UNITED STATES OF AMERICA              :     **<u>UNSEALING ORDER</u>**
                                      :
    - v. -                            :     **19 Cr. 67 (   )**
                                      :
CHRISTOPHER HAMMATT,                  :
    a/k/a "Craig Johnson,"            :
SUSAN HAMMATT,                        :
JOSEPH HOATS, and                     :
EDWIN TANGLAO,                        :
                        Defendants.   :
                                      :
- - - - - - - - - - - - - - - - - - -X

Upon the application of the United States of America, by and through Assistant United States Attorney Nicholas W. Chiuchiolo, it is hereby ORDERED that Indictment 19 Cr. 67 (   ), which was filed under seal on January 31, 2019, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
         February 6, 2019

                                    _____
                                    HONORABLE HENRY B. PITMAN
                                    UNITED STATES MAGISTRATE JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK