**Donald D. duBoulay**           305 Broadway, Suite 602
Attorney at Law           New York, NY 10007

Telephone: (212) 966-3970
Fax:     (212) 941-7108
E-mail:   dondubesq@aol.com

September 5, 2019

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. Hammatt (Christopher Hammatt)
    19 Cr. 067 (PGG)

Dear Judge Gardephe:

    I represent Christopher Hammatt in the above referenced matter. I write with the consent of pre-trial services, Judith Vargas, Esq. counsel for Ms. Hammatt, and the Government to request a modification Mr. and Ms. Hammatt's bail condition from strict supervision to regular supervision at the discretion of the pre-trial officer.

    Pre-trial officer Cameron Pitcher (District of Ca.) notes that the Hammatt's have been fully compliant with the obligations of pre-trial service supervision.

                                          Respectfully submitted,
                                          /s/

                                          Donald duBoulay

cc: Nicholas Chiuchiolo, Esq, AUSA
    Judith Vargas, Esq,
    Cameron Pitcher, PTO
    Lea Harmon, PTO

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: Sept. 10, 2019