## Federal Defenders
### OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 2, 2020

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

*The parties are directed to submit a status letter by March 5, 2020 explaining the status of discovery, pretrial motions, and the likelihood of a pretrial disposition.*

**SO ORDERED:**

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
March 3, 2020

Re: **United States v. Hammatt, et al.**
    **19 Cr. 067 (PGG)**

Dear Judge Gardephe:

I write, on behalf of Joseph Hoats, to request an adjournment of the pretrial conference currently scheduled in the above referenced matter for March 12, 2020. The Government and counsel for Christopher Hammatt, Susan Hammatt, and Edwin Tanglao consent to this request.

I am counsel in the matter of *United States v. Peter Bright*, 19 Cr. 521 (PKC), that is scheduled for re-trial on March 10, 2020, following a mistrial declared on February 19, 2020. As such, I will be unavailable to appear at the scheduled pretrial conference for Mr. Hoats. I respectfully request an adjournment to a date in mid-April that is convenient with the Court.[1]

All defendants consent to the exclusion of time pursuant to the Speedy Trial Act.

Respectfully submitted,

/s/ Amy Gallicchio

Amy Gallicchio, Esq.
Assistant Federal Defender
(212) 417-8728

CC: AUSA's Nicholas Chiuchiolo and Jun Xiang
    Donald Duboulay, Esq.
    Judith Vargas, Esq.
    Mark DeMarco, Esq.

---

[1] For scheduling purposes, I advise the Court that I will be unavailable from March 27, 2020 through and including April 7 2020.