

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 31, 2020

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:  *United States v. Christopher Hammatt, et al.*, 19 Cr. 67 (PGG)

Dear Judge Gardephe,

    The Government writes on behalf of all parties, and in response to a request from Your Honor's chambers, to respectfully request an adjournment of the April 10, 2020 pretrial conference in the above-referenced matter in light of the dangers and uncertainty concerning the COVID-19 virus.  The parties request that the Court adjourn the pretrial conference until the week of May 18.  The parties are available on the following dates: (i) May 19, 2020 after 3:00 p.m.; (ii) May 20, 2020 after 1:00 p.m.; and (iii) May 22, 2020 after 12:00 p.m.

    The Government further requests, without objection from the parties, that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and pursuant to Standing Order In Re: Coronavirus/COVID-19 Pandemic, No. 20 Misc. 154 (S.D.N.Y. Mar. 13, 2020), between April 10, 2020 and the date of the next pretrial conference.

                        Very truly yours,

                          GEOFFREY S. BERMAN
                        United States Attorney

by:  _____
                        Nicholas W. Chiuchiolo
                        Assistant United States Attorney
                        (212) 637-1247

cc: all counsel of record (by ECF)