UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER HAMMATT, SUSAN HAMMATT, and JOSEPH HOATS,

Defendants.

**ORDER**

19 Cr. 67 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference currently scheduled for **June 12, 2020** will take place by telephone.

The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.

Dated: New York, New York
       June 8, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge