UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER HAMMATT,

Defendant.

**ORDER**

19 Cr. 67 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The parties are directed to each file a letter responding to the Pretrial Services memorandum dated June 18, 2020 by **June 26, 2020**.

Dated: New York, New York
       June 20, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge