UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>CHRISTOPHER HAMMATT and SUSAN HAMMATT,<br><br>                      Defendants. | **ORDER**<br><br>19 Cr. 67 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this action previously scheduled for **November 30, 2020**, is adjourned to **January 22, 2021 at 10:00 a.m.**

Upon the application of Defendant Susan Hammatt, by and through her attorney Judith Vargas, and Defendant Christopher Hammatt, by and through his attorney Donald duBoulay, and with the consent of the United States of America, by and through its counsel, Assistant United States Attorney Nicholas Chiuchiolo, it is further ORDERED that the time from November 30, 2020 through January 22, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and Defendants Susan Hammatt and Christopher Hammatt in a speedy trial, because it will permit Defendants to continue their review of discovery materials, conduct additional investigation, and continue their discussions with the Government regarding a pretrial disposition.

Dated: New York, New York
       November 28, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge