UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

CHRISTOPHER HAMMATT and SUSAN HAMMATT,

Defendants.

**ORDER**

19 Cr. 67 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Trial will begin on **November 8, 2021 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Motions in limine, proposed voir dire, and requests to charge are due on **October 1, 2021**. Any responsive papers are due on **October 8, 2021**.

Dated: New York, New York
       February 2, 2021

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge