U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: October 1, 2021

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  **United States v. Christopher Hammatt**

Dear Judge Gardephe:

The parties in the above-referenced matter jointly submit this letter to respectfully request seven-day adjournments of the pretrial filings due tomorrow, October 1, 2021, and the responsive filings due on October 8, 2021.  Until yesterday, the Government and counsel for Christopher Hammatt had been actively negotiating a disposition, which turned out to be unfruitful.  The parties believe that additional time to discuss certain evidentiary issues expected to arise at trial may obviate the need for some of the motion *in limine* practice.  If this application is granted, the parties' motions *in limine* would be fully briefed by October 15, 2021, nearly a month before the November 10, 2021 trial.[1]

Very truly yours,

AUDREY STRAUSS
United States Attorney

by:   /s/Nicholas Chiuchiolo
Nicholas W. Chiuchiolo / Jun Xiang
Assistant United States Attorneys
(212) 637-1247 / (212) 637-2289

CC (By ECF): Donald D. Duboulay, Esq.

---

[1] The parties understand that the November 10, 2021 trial is the backup trial to another trial scheduled for November 10.