UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   -against-<br><br>CHRISTOPHER HAMMATT and SUSAN HAMMATT,<br><br>                   Defendants. | **ORDER**<br><br>19 Cr. 67 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        On February 2, 2021, this Court scheduled a trial date of November 8, 2021. (Dkt. No. 122)  The trial calendar issued by the Clerk's Office for the fourth quarter of 2021 assigns the trial in this case to November 10, 2021.  The trial calendar lists three trials for November 10, 2021, in rank order.  Only one of the listed trials will actually proceed.  The trials assigned second and third place in line will go forward only if the trial or trials ahead of them are resolved through a plea, settlement or are adjourned.

        The trial in this case was assigned second place in the list of three trials on November 10, 2021.  Based on this Court's current understanding, the trial assigned first priority for November 10, 2021 appears to be going forward.

        Accordingly, the trial scheduled for November 8, 2021 is adjourned to November 10, 2021.  The Court will adjourn the trial in this case by November 1, 2021 if the trial assigned first priority for November 10, 2021 is still proceeding.  If the parties prefer to adjourn the trial before November 1, 2021, they may request adjournment and propose trial dates in the second quarter of 2022.

Dated: New York, New York
       October 14, 2021

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge