UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER HAMMATT,

Defendant.

**ORDER**

19 Cr. 67 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The trial currently scheduled for November 10, 2021 is adjourned to **April 11, 2022 at 9:30 a.m.**

Upon the application of the United States of America, by and through its counsel, Assistant United States Attorneys Nicholas Chiuchiolo and Jun Xiang, and with the consent of Defendant Christopher Hammatt, by and through his attorney Donald duBoulay, the time from November 8, 2021 through April 11, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and Defendant Christopher Hammatt in a speedy trial, because it will permit the parties to ensure the availability of trial witnesses in light of COVID-19-related scheduling constraints.

Dated: New York, New York
       October 26, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge