UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>CHRISTOPHER HAMMATT,<br><br>                    Defendant. | **ORDER**<br><br>19 Cr. 67 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The trial in this matter, currently scheduled to begin on April 11, 2022, is adjourned to **May 9, 2022, at 9:30 a.m.** This trial date is tentative, and depends on this District's COVID-19 protocols.

A status conference will take place on **April 11, 2022, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       March 10, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge