UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER HAMMATT,

                Defendant.

**ORDER**

19 Cr. 67 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    As discussed at today's conference, the Defendant will submit any proposed <u>voir dire</u> and requests to charge by **April 18, 2022**.

    The Defendant will also submit a letter by **April 18, 2022**, stating whether he intends to assert at trial that he "suffered [a] traumatic brain injury in a motor vehicle when its airbag unexpectedly deployed." (Def Mot. (Dkt. No. 147) at 13)  If so, Defendant will address the Government's request for relevant medical records in the Defendant's possession as well as medical authorizations that would permit the Government to obtain relevant records from Defendant's treating physician(s).

Dated:  New York, New York
         April 11, 2022

                                            SO ORDERED.

                                            _____
                                            Paul G. Gardephe
                                            United States District Judge