UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

CHRISTOPHER HAMMATT,
a/k/a, "Craig Johnson,"

Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER
OF FORFEITURE/
MONEY JUDGMENT

19 Cr. 067 (PGG)

WHEREAS, on or about January 31, 2019, CHRISTOPHER HAMMATT, a/k/a "Craig Johnson," (the "Defendant"), among others, was charged in a four-count Sealed Indictment, 19 Cr. 067 (PGG) (the "Indictment"), with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349 (Counts One and Four); wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count Two); and perjury, in violation of Title 18, United States Code, Sections 1621 and 2 (Count Three);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One, Two, and Four of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from, proceeds traceable to the commission of the offenses charged in Counts One, Two, and Four of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One, Two, and Four of the Indictment that the Defendant personally obtained;

WHEREAS, on or about 4/14, 2022, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit

to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c) a sum of money equal to $30,000.00 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $30,000 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Nicholas W. Chiuchiolo and Jun Xiang of counsel, and the Defendant, and his counsel, Donald D. Duboulay, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $30,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, CHRISTOPHER HAMMATT, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          _____
NICHOLAS W. CHIUCHIOLO                                  DATE
JUN XIANG
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
(212) 637-1247/2289

CHRISTOPHER HAMMATT

By: /s/ Christopl Hammt                                4-13-2022
CHRISTOPHER HAMMATT                                    DATE
By Donald du Boulay

By: /s/ Donald duBoulay                                4-13-22
DONALD D. DUBOULAY, ESQ.                               DATE
Attorney for Defendant
305 Broadway, Suite 602
New York, NY 10013

SO ORDERED:

_____                        April 14, 2022
HONORABLE PAUL G. GARDEPHE                             DATE
UNITED STATES DISTRICT JUDGE

8.  The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: ____/s/ Jun Xiang_____          4/14/2022
    NICHOLAS W. CHIUCHIOLO                     DATE
    JUN XIANG
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-1247/2289


CHRISTOPHER HAMMATT

By: _____          _____
    CHRISTOPHER HAMMATT                          DATE


By: _____          _____
    DONALD D. DUBOULAY, ESQ.                     DATE
    Attorney for Defendant
    305 Broadway, Suite 602
    New York, NY 10013

SO ORDERED:

_____          _____
HONORABLE PAUL G. GARDEPHE              DATE
UNITED STATES DISTRICT JUDGE