**Donald D. duBoulay**     305 Broadway, Suite 310
  Attorney at Law                   New York, NY 10007

Telephone: (212) 966-3970
Fax:           (212) 941-7108
E-mail:     dondubesq@aol.com

July 15, 2022

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Christopher Hammatt
       19 Cr. 0067 (PGG)

Dear Judge Gardephe:

> **MEMO ENDORSED**:
> The Defendant's sentencing, previously scheduled for July 26, 2022, is adjourned to **October 13, 2022, at 3:00 p.m.** The Defendant's submission is now due **September 22, 2022**. The Government's submission is due **September 29, 2022**.
>
> SO ORDERED.
>
> /s/ Paul G. Gardephe
> Paul G. Gardephe
> United States District Judge
> Dated: July 15, 2022

    I write to respectfully request that the sentencing hearing in the above referenced mater scheduled for July 26, 2022 be adjourned for sixty days from the original sentence date. In addition to not having sufficient opportunity to review the final Presentence report with Mr. Hammatt in a timely manner before sentencing, the retained expert in this matter requires additional time to obtain certain materials that may be useful to the defense in the preparation of the sentencing memoranda.

    The Government consents to this request.

    Thank you for your consideration of this request

                                              Respectfully submitted,

                                                        /s/

                                      Donald duBoulay, Esq
                                      Attorney for Christopher Hammatt
                                      305 Broadway, Suite 602
                                      New York, New York, 10007
                                          (212) 966 3970

    cc: AUSA Nicholas Chiuchiolo via ECF